IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

V.                          Civil No. 04-5142
                     Criminal No. 02-50030-001

HECTOR MONTALVO-ORTEGA                           DEFENDANT/MOVANT

O R D E R

On this 19th day of August 2005, there comes on for consideration the report and recommendation filed in this case on July 28, 2005, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. (Doc. 43.) No objections have been filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, movant's request for relief is **DENIED** and his 28 U.S.C. § 2255 motion is **DISMISSED**.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE